No. 79.  LAS VEGAS MERCHANT PLUMBERS ASSOCIATION ET AL. *v.* UNITED STATES; and
No. 84.  ALSUP *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.  *Alexander H. Schullman* for peti-

818

tioners in No. 79. *Toy R. Gregory* for petitioner in No. 84. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Ralph S. Spritzer* and *Daniel M. Friedman* for the United States. Reported below: 210 F. 2d 732.

